```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38460
    BERNADETTE M CORREA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-9189


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/04 and confirmed on 01/25/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  21670.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO                CURRENT MORTG        .00            .00            .00
AMERICREDIT FINANCIAL      SECURED              .00            .00            .00
CADLE COMPANY              UNSECURED        7372.38         689.75        7372.38
CONSULTANTS IN PATHOLOGY   UNSECURED       NOT FILED          .00            .00
ST JAMES RADIOLOGISTS      UNSECURED       NOT FILED          .00            .00
ST JAMES RADIOLOGISTS      UNSECURED       NOT FILED          .00            .00
ST JAMES RADIOLOGISTS      UNSECURED       NOT FILED          .00            .00
ST JAMES RADIOLOGISTS      UNSECURED       NOT FILED          .00            .00
ACCOUNTS RECOVERY BUREAU   FILED LATE           .00            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        9288.02         871.82        9288.02
RJM ACQUISITIONS LLC       UNSECURED         101.95          10.46         101.95
ST JAMES HOSPITAL          UNSECURED       NOT FILED          .00            .00
ASSOCIATED RADIOLOGIST S   UNSECURED       NOT FILED          .00            .00
WELLS FARGO                MORTGAGE ARRE   2106.60            .00         2106.60
         Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2106.60          .00     16762.35         .00       18868.95
PRINCIPAL PAID      2106.60          .00     16762.35         .00       18868.95
INTEREST PAID           .00          .00      1572.03         .00        1572.03
TOTAL PAID          2106.60          .00     18334.38         .00       20440.98
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $       .00
and was paid $        .00 .

The Trustee received $    924.20 .

Refunds to the Debtor totaled $    304.82 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

```
Dated: 10/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```